Matter of Prisoners' Legal Servs. of N.Y. v New York State Dept. of Corr. & Community Supervision (2024 NY Slip Op 03199)

Matter of Prisoners' Legal Servs. of N.Y. v New York State Dept. of Corr. & Community Supervision

2024 NY Slip Op 03199 [42 NY3d 936]

June 13, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, October 9, 2024

[*1]

In the Matter of Prisoners' Legal Services of New York, Appellant,
v
New York State Department of Corrections and Community Supervision, Respondent.

Argued May 16, 2024; decided June 13, 2024

Matter of Prisoners' Legal Servs. of N.Y. v New York State Dept. of Corr. & Community Supervision, 209 AD3d 1208, affirmed.

APPEARANCES OF COUNSEL

Karen Murtagh, Prisoners' Legal Services of New York, Albany (Matthew McGowan of counsel), for appellant.
Letitia James, Attorney General, Albany (Beezly J. Kiernan, Barbara D. Underwood and Jeffrey W. Lang of counsel), for respondent.

{**42 NY3d at 936} OPINION OF THE COURT

Memorandum.
The order of the Appellate Division insofar as appealed from, as limited by the briefs, should be affirmed, without costs.
This Court's review is limited to whether the Appellate Division abused its discretion in declining to invoke the mootness exception to review the merits of certain of petitioner's challenges in this proceeding. There was no abuse of discretion here (see Matter of David C., 69 NY2d 796, 798 [1987]; Matter of Anonymous, 55 NY2d 1021, 1022 [1982]).
Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Order insofar as appealed from, as limited by the briefs, affirmed, without costs, in a memorandum.